RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:                (202) 307-0054
E-mail:    Amy.T.Matchison@usdoj.gov
              Western.Taxcivil@usdoj.gov

ALEX G. TSE
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Petitioner, | **PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |
| v. | |
| FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY, | |
| Respondents. | |

The United States of America, through undersigned counsel, petitions this Court for an order enforcing Internal Revenue Service ("IRS") summonses served on respondents, Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky pursuant to 26 U.S.C. § 7602.

In support of this petition, the United States alleges as follows:

1.      This is a proceeding brought pursuant to Sections 7402(b) and 7604(a) of the Internal

PETITION TO ENFORCE IRS SUMMONSES
1

1. Revenue Code (Title 26, United States Code) for judicial enforcement of the IRS summonses described below.

2. The Court has jurisdiction over this proceeding pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code and 28 U.S.C. §§ 1340 and 1345.  Venue properly lies within this district.

3. This proceeding is appropriate for assignment to the San Jose Division since Ms. Burga resides in Santa Clara County.

4. The IRS is conducting an examination of the federal income tax liability of Margelus and Francis Burga for the tax years 2001 through 2012.  Margelus and Francis Burga were married until Margelus died in Janaury 2010.  Declaration of Revenue Agent Kevan Mullins ("Mullins Decl.") ¶¶ 3, 4.

5. Kevan Mullins is a Revenue Agent employed as a Senior Program Analyst in the Small Business & Self Employed (SBSE) Division, Headquarters, Exam Quality & Technical Support, Offshore and Entity Team, assigned to the aforementioned Burga examination.  Revenue Agent Mullins is authorized to issue administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.  Mullins Decl. ¶¶ 1, 2, 5.

6. Edward Barfels is a Revenue Agent in the SBSE Division and is authorized to issue IRS administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.  Mullins Decl. ¶ 6.

7. In furtherance of the examination and in accordance with the 26 U.S.C. § 7602, on December 19, 2016, Revenue Agent Barfels issued three IRS summonses directing Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) to appear on January 17, 2017, and to produce for examination books, records, papers, and other data as described in said summonses.  Mullins Decl. ¶ 7.

8. In accordance with 26 U.S.C. § 7603, Revenue Agent, Ed Barfels served an attested copy of each summons directed to Ms. Burga by personal delivery.  Mullins Decl. ¶ 8.

9. In furtherance of the examination and in accordance with the 26 U.S.C. § 7602, on December 19, 2016, Revenue Agent Barfels issued three IRS summonses directing Russell Mansky, accountant for Francis Burga, to appear on January 18, 2017, and to produce for examination books,

records, paper, or other data as described in said summonses.  Mullins Decl. ¶ 11.

10. In accordance with 26 U.S.C. § 7603, Revenue Agent Barfels served each summons directed to Mr. Mansky by leaving an attested copy of each summons at Mr. Mansky's place of business.  Mullins Decl. ¶ 12.

11. Ms. Burga failed to appear on January 17, 2017, the date scheduled for compliance with the summonses, and did not produce the books, records, papers, and other data demanded in the summonses.  Ms. Burga's failure to comply with the summonses continues to this date.  Mullins Decl. ¶¶ 9, 14.

12. Mr. Mansky failed to appear on January 18, 2017, the date scheduled for compliance with the summonses, but provided a written partial response to the summonses.  Mr. Mansky did not fully comply by producing all the books, records, papers, and other data as described in said summonses.  Mr. Mansky's failure to fully comply with the summonses continues to this date.  Mullins Decl. ¶¶ 13, 14.

13. The books, records, papers, and other data demanded in the summonses are not already in the possession of the IRS.  During the course of the examination, Ms. Burga and Mr. Mansky have provided the IRS with some documents; however, Ms. Burga has not provided documents in response to the summonses at issue here.  To the extent Ms. Burga and Mr. Mansky earlier provided documents that would also be responsive to a summons request, the IRS is not seeking production of those documents.  Mullins Decl. ¶¶ 15, 16.

14. All administrative steps as required by the Internal Revenue Code for issuance and service of the summonses have been followed.  Mullins Decl. ¶ 17.

15. There is no "Justice Department referral," as that term is described in Section 7602(d)(2) of the Internal Revenue Code, in effect with respect to Margelus or Francis Burga for tax years 2001-2012.  Mullins Decl. ¶ 19.

16. In order to obtain enforcement of a summons, the petitioner must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code.  *United States v. Powell*, 379 U.S. 48, 57-58, (1964).

17. In further support of this Petition and incorporated herein by reference, the United States

submits the Declaration of Revenue Agent Kevan Mullins.  The United States has met the *Powell* factors through these documents.

WHEREFORE, petitioner, the United States of America, seeks the following relief:

A. That this Court enter an order directing Francis Burga and Russell Mansky to show cause in writing why they should not fully comply with and obey the aforementioned IRS summonses and every requirement thereof as enumerated in the Declaration of Revenue Agent Kevan Mullins;

B. That this Court enter an order directing Francis Burga and Russell Mansky to appear before Revenue Agent Mullins, or any other proper officer or employee of the Internal Revenue Service, and produce for examination books, records, papers and other data as required by the summonses;

C. That the United States of America recover its costs in this action; and

D. That the Court grant such other further relief as it deems just and proper.

Dated this 15th day of March, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 305-4929
Email:  Amy.T.Matchison@usdoj.gov