RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:           (202) 307-0054
E-mail:   Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON
United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 5:18-cv-01633-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF JUNE 25, 2019 HEARING AND TO SET BRIEFING SCHEDULE** |

Petitioner United States of America, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, through their respective undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for a continuance of the hearing date currently set for the United States' Brief Challenging Respondents' Assertions of Privilege (Docket No. 26) and for other relief:

1. The United States filed its Petition to Enforce Internal Revenue Summonses on March 15, 2018 ("Petition to Enforce Summons"). (Docket No. 1).

2. On June 5, 2018, the Court ordered the Petition to Enforce granted and enforced the six Internal Revenue Service summonses at issue. The Court further ordered that respondents had to provide the United States with revised privilege logs and give testimony as to their efforts to comply with the summonses. (Docket No. 19).

3. Respondents have since provided the United States with revised privilege logs and have provided testimony. (Docket No. 21). Efforts at compliance remain underway. (Docket No. 27).

4. On May 16, 2019, the United States filed its brief challenging some of respondents' claims of privilege. (Docket No. 26). That matter was set for hearing before Judge Beth Labson Freeman on November 7, 2019.

5. In a status report the parties also filed on May 16, 2019, the parties stipulated to an enlarged briefing schedule with response and reply dates in July. (Docket No. 27).

6. On May 17, 2019, the Court referred the privilege matter to Magistrate Judge Susan van Keulen and vacated the November 7, 2019 hearing. The Court also denied without prejudice the parties' proposed briefing schedule, for resubmission to Judge van Keulen. (Docket No. 28).

7. On May 22, 2019, the Court set the privilege matter for hearing on June 25, 2019, at 10:00 a.m. and set June 6, 2019, as the deadline for responses and June 14, 2019, as the deadline for replies. (Docket No. 29).

8. Due to a scheduling conflict with government counsel's calendar, the parties seek to continue the hearing currently set for June 25, 2019, at 10:00 a.m. to July 30, 2019, at 10:00 a.m.

9. Further, the parties seek to modify the briefing schedule and agree that respondents should have up to and including July 2, 2019, to file any response to the United States' Brief Challenging Respondents' Assertions of Privilege and the United States should have up to and including July 16, 2019, to file any replies.

10. This is the parties' first stipulation for a continuance of this hearing and for a modified briefing schedule.

Dated this 28th day of May, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

Dated this 28th day of May, 2019

SIDEMAN & BANCROFT LLP

By: */s/ Jay R. Weill*
Jay R. Weill
Steven M. Katz
Emily J. Kingston
Travis W. Thompson
Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE ESTATE OF
MARGELUS BURGA

Dated this 28th day of May, 2019

WOOD ROBBINS, LLP

By: */s/ Denise Mejlszenkier*
Denise Mejlszenkier
Attorneys for Respondent RUSSELL
MANSKY

IT IS SO ORDERED.

Dated this 30 day of May, 2019

_____
SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Denise Mejlszenkier.

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice