JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail: *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER**<br><br>Judge: Honorable Susan van Keulen |

In the Court's Order Regarding the United States' Motion Challenging Respondents' Assertions of Privilege dated August 16, 2019 (DN 37), the parties were required to meet and confer to reach agreement on certain issues and to make a joint submission to the Court no later than September 13, 2019. The parties have conferred but need more time to prepare a joint submission. Respondents Francis Burga and the Estate of Margelus Burga are in the process of identifying and gathering the documents that the Court ordered produced, which will be produced to the Government. The above Respondents are reviewing the remaining claimed privileged documents to attempt, if possible, to narrow the number of documents that need to be reviewed by

a special master. In addition, the parties are exploring the choice of a special master and anticipate that they will agree on the identification of a special master.

Accordingly, for these reasons, the parties request that the joint submission date be continued to October 11, 2019.

DATED: August 28, 2019

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: */s/ Jay R. Weill*
Jay R. Weill
Attorneys for FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA

DATED: August 28, 2019

WOOD ROBBINS LLP

By: */s/ Denise Mejlszenkier*
Denise Mejlszenkier
Attorneys for Respondent RUSSELL MANSKY

DATED: August 28, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: */s/ Amy Matchison*
Amy Matchison
Trial Attorney, Tax Division
United States Department of Justice

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: August 29, 2019

_Susan van Keulen_
The Honorable Susan van Keulen
United States Magistrate Judge

6729-1\4124110

2

Case No. 18-CV-01633 BLF (SVK)

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF
JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER

**ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED: August 28, 2019          SIDEMAN & BANCROFT LLP

By:  */s/ Jay R. Weill*