JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail: *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER**  As Modified<br><br>Judge:   Honorable Susan van Keulen |

In the Court's Order Regarding the United States' Motion Challenging Respondents' Assertions of Privilege dated August 16, 2019 (Dkt. No. 37), the parties were required to meet and confer to reach agreement on certain issues and to make a joint submission to the Court no later than September 13, 2019.  On August 29, 2019 consistent with the parties' first Stipulation, the Court continued the date by which the parties were to made a joint submission to October 11, 2019 (Dkt. No. 39).  The parties have continued to confer, but need more time to prepare a joint submission.  To that end, this is the parties' second Stipulation.

Respondents Francis Burga and the Estate of Margelus Burga are in the process of

6729-1\4124110

1

Case No. 18-CV-01633 BLF (SVK)

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF JOINT
SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER
(AS MODIFIED)

1  identifying and gathering the documents that the Court ordered produced, which will be produced
2  to the Government.  The respondents produced certain documents to the Government on
3  September 5, 2019 and have agreed to produce additional documents as they are identified.
4       The above Respondents continue to review the remaining claimed privileged documents to
5  attempt, if possible, to further narrow the number of documents that need to be reviewed by a
6  special master.  The parties are also exploring the choice of a special master and anticipate that
7  they will agree on the identification of a special master.  In addition, the parties are scheduling
8  settlement negotiations that might resolve the underlying matters and obviate the necessity of a
9  special master being appointed.
10      Accordingly, for these reasons, the parties request that the joint submission date be
11 continued to December 12, 2019.

12 DATED: October 2, 2019          Respectfully submitted,

13                                  SIDEMAN & BANCROFT LLP

14                                  By:      */s/ Jay R. Weill*
15                                       Jay R. Weill
                                         Attorneys for FRANCIS BURGA;  FRANCIS
16                                       BURGA AS THE  ADMINISTRATOR OF THE
                                         ESTATE OF MARGELUS BURGA
17

18 DATED:  October 2, 2019          WOOD ROBBINS LLP

19                                  By:      */s/ Denise Mejlszenkier*
                                         Denise Mejlszenkier
20                                       Attorneys for Respondent RUSSELL MANSKY

21
   DATED:  October 2, 2019          RICHARD E. ZUCKERMAN
22                                  Principal Deputy Assistant Attorney General

23                                  By:      */s/ Amy Matchison*
                                         Amy Matchison
24                                       Trial Attorney, Tax Division
                                         United States Department of Justice
25
       Pursuant to stipulation, **IT IS SO ORDERED.**
26
                                    _/s/ Susan van Keulen_
27   DATED: October 7, 2019         _____
                                    Susan van Keulen
28                                  United States Magistrate Judge

6729-1\4124110                           2                    Case No. 18-CV-01633 BLF (SVK)
STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF JOINT
SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER
(AS MODIFIED)