JAY R. WEILL (State Bar No. 75434)
E-Mail:     *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:     *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:     *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>           v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>                    Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER**<br><br>Judge:   Honorable Susan van Keulen |

Pursuant to the Order Regarding the United States' Motion Challenging Respondents' Assertions of Privilege (Dkt. No. 37), the parties agree to the appointment of a special master to review the remaining documents that Respondents have asserted are privileged under the following terms and conditions:

   1.     The special master shall be Edward W. Swanson, Swanson & McNamara LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.  The parties have determined and

1  agree that Mr. Swanson has the capability and availability to review the subject documents.  Mr.
2  Swanson will execute an affidavit pursuant to 28 U.S.C. § 455.
3       2.    In order to educate Mr. Swanson as to the relevant factual background, the parties
4  will provide Mr. Swanson with copies of the pleadings each party filed regarding the
5  Government's challenge to Respondents' assertion of privilege and the Court's Order dated
6  August 16, 2019 (Dkt. No. 37).  If Mr. Swanson has any inquiries during the course of his review,
7  he will communicate in writing to counsel for the parties who will have seven days to respond in
8  writing to Mr. Swanson.  The parties will also make themselves available for joint telephone calls
9  with Mr. Swanson, if requested, to address any inquiries he may have.
10      3.    The Respondents will provide Mr. Swanson with a log of the remaining claimed
11 privilege documents and copies of those documents by December 20, 2019.
12      4.    Mr. Swanson will complete his review of the claimed privileged documents on or
13 before January 31, 2020, and will provide the results of his review to the parties by written report.
14      5.    The parties agree that the findings of Mr. Swanson will be reviewed for clear error
15 under Fed. R. Civ. P. 53(f)(3)(A).
16      6.    The parties agree that the fees of Mr. Swanson for acting as special master will be
17 shared equally by the United States and Francis Burga, individually, and as Administrator of the
18 Estate of Margelus Burga.

Respectfully submitted,

DATED:  December 10, 2019         SIDEMAN & BANCROFT LLP


                                  By:    /s/ *Jay R. Weill*
                                         Jay R. Weill
                                         Attorneys for FRANCIS BURGA;  FRANCIS
                                         BURGA AS THE  ADMINISTRATOR OF THE
                                         ESTATE OF MARGELUS BURGA

DATED:  December 10, 2019	WOOD ROBBINS LLP

	By:	/s/ *Denise Mejlszenkier*
		Denise Mejlszenkier
		Attorneys for Respondent RUSSELL MANSKY

DATED:  December 10, 2019	RICHARD E. ZUCKERMAN
	Principal Deputy Assistant Attorney General

	By:	/s/ *Amy Matchison*
		Amy Matchison
		Trial Attorney, Tax Division
		United States Department of Justice

DATED:  December 10, 2019	SWANSON & MCNAMARA LLP

	By:	/s/ *Edward W. Swanson*
		Edward W. Swanson
		Special Master

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED:

		The Honorable Susan van Keulen
		United States Magistrate Judge

### **ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Joint Submission.

DATED:  December 10, 2019	SIDEMAN & BANCROFT LLP

	By:	/s/ *Jay R. Weill*

6729-1\4249897

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711