JAY R. WEILL (State Bar No. 75434)
E-Mail:    *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:    *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:    *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**28 U.S.C. § 455 DECLARATION OF EDWARD W. SWANSON**<br><br>Honorable Susan van Keulen |

I, Edward W. Swanson, declare that I am qualified to be appointed as a Special Master in this matter under the disqualification rules provided in 28 U.S.C. § 455.  There is no provision in 28 U.S.C. § 455 that disqualifies me from being appointed a Special Master.

DATED: December 17, 2019

/s/ *Edward W. Swanson*
Edward W. Swanson

**ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that Edward W. Swanson, represented by a conformed signature above, has concurred in the filing of this Declaration.

DATED: December 18, 2019                    /s/ *Jay R. Weill*