RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:                (202) 307-0054
E-mail:   Amy.T.Matchison@usdoj.gov
              Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON
United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Petitioner,<br><br>         v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>         Respondents. | Case No. 5:18-cv-01633-BLF-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 27, 2020 DISCOVERY HEARING**<br>**AS MODIFIED** |

Petitioner United States of America, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, through their respective undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for a continuance of the discovery hearing date currently set for February 27, 2020.

1.   The United States filed its Petition to Enforce Internal Revenue Summonses on March 15, 2018 ("Petition to Enforce Summons").  (Docket No. 1).

2.   On June 5, 2018, the Court ordered the Petition to Enforce granted and enforced the six Internal Revenue Service summonses at issue. The Court further ordered that respondents had to provide

1. the United States with revised privilege logs and give testimony as to their efforts to comply with the summonses.  (Docket No. 19).

3. Respondents provided the United States with revised privilege logs and provided testimony.  (Docket No. 21).  Efforts at compliance remain underway.  (Docket No. 27).

4. On May 16, 2019, the United States filed its brief challenging some of respondents' claims of privilege.  (Docket No. 26).  That matter was set for hearing before Judge Beth Labson Freeman on November 7, 2019.

5. On May 17, 2019, the Court referred the privilege matter to Magistrate Judge Susan van Keulen and vacated the November 7, 2019 hearing.

6. On July 30, 2019, the Court conducted a discovery hearing and heard the United States' challenges to respondents' claims of privilege.  (Docket No. 35).

7. On August 16, 2019, the Court issued its Order adjudicating some of the United States' challenges to respondents' claims of privilege and also ordering the parties to a special master for an *in camera* review of the remaining documents for which respondents claimed privilege.  (Docket No. 37).

8. On December 18, 2019, the Court appointed Edward W. Swanson as the special master and set various deadlines related to his review of the claimed privileged material.  (Docket No. 44).  In its Order, the Court also set a discovery hearing for February 27, 2020, at 10:00 a.m.  (*Id.*).

9. Due to a scheduling conflict with government counsel's calendar, the parties seek to continue the hearing currently set for February 27, 2020, at 10:00 a.m. to ~~March 3, 2020, at 10:00 a.m.~~

**MARCH 10, 2020 AT 10:00 A.M.**

10. This is the parties' first stipulation for a continuance of this hearing.

STIPULATION AND [~~PROPOSED~~] ORDER
AS MODIFIED
Case No. 5:18-cv-01633-BLF-SVK

2

Dated this 31st day of January, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

Dated this 31st day of January, 2020

SIDEMAN & BANCROFT LLP

By:   */s/ Jay R. Weill*
Jay R. Weill
Steven M. Katz
Emily J. Kingston
Travis W. Thompson
Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE ESTATE OF
MARGELUS BURGA

Dated this 31st day of January, 2020

WOOD ROBBINS, LLP

By:   */s/ Denise Mejlszenkier*
Denise Mejlszenkier
Attorneys for Respondent RUSSELL
MANSKY

IT IS SO ORDERED.

Dated this 31 day of January, 2020

_____
SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE