1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                Case No.  18-cv-01633-BLF   (SVK)

8              Plaintiff,

                                              **ORDER TO FILE UNDER SEAL**
9         v.
                                              Re: Dkt. No. 44
10   FRANCIS BURGA, et al.,

11             Defendants.

12        Edward W. Swanson ("Special Master") is **ORDERED** to file his report under seal

13   pursuant to Civ. L.R. 79-5.

14        **SO ORDERED.**

15   Dated: February 3, 2020

16

17

18                                            SUSAN VAN KEULEN
                                              United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28