JAY R. WEILL (State Bar No. 75434)
E-Mail:      jweill@sideman.com
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:      skatz@sideman.com
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:      tthompson@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**JOINT STIPULATION TO ADOPT SPECIAL MASTER'S REPORT REGARDING RESPONDENTS' PRIVILEGE ASSERTIONS**<br><br>Judge:   Honorable Susan van Keulen<br><br>Honorable Beth L. Freeman |

On December 18, 2019, the Court ordered the Special Master to provide a written report containing his recommended resolution of the parties' disputes regarding Respondents' privilege claims and any exceptions asserted by the Government with respect to such claims by January 31, 2020. In addition, the Court ordered the parties to file objections to or a motion to adopt or modify the Special Master's report by February 14, 2020. The Special Master submitted his report to the parties which was filed under seal with the Court on February 3, 2020.

The parties have reviewed the Special Master's Report and have conferred and have no objections to the Special Master's Report. Accordingly, the parties stipulate that the Special Master's report should be adopted by the Court and that Respondents shall produce to the Government, fully or in redacted form, as appropriate, any documents identified in the Special Master's Report as not privileged or only partially privileged, by February 28, 2020.

DATED: February 14, 2020              Respectfully submitted,

                                      SIDEMAN & BANCROFT LLP

                                      By:    /s/ *Jay R. Weill*
                                             Jay R. Weill

                                      Attorneys for FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA


DATED: February 14, 2020              RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney General

                                      By:    /s/ *Amy Matchison*
                                             AMY MATCHISON
                                             Trial Attorney, Tax Division
                                             United States Department of Justice

                                      *Attorneys for the United States of America*

**ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED:  February 14, 2020             SIDEMAN & BANCROFT LLP

                                      By:    */s/ Jay R. Weill*