JAY R. WEILL (State Bar No. 75434)
E-Mail:     *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:     *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:     *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE
ESTATE OF MARGELUS BURGA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Petitioner,<br><br>     v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>     Respondents. | Case No. 18-CV-01633 BLF (SVK)<br><br>**JOINT MOTION TO VACATE MARCH 10, 2020 DISCOVERY HEARING AND TO ADOPT SPECIAL MASTER'S REPORT**<br><br>Judge:   Honorable Susan van Keulen<br><br>Honorable Beth L. Freeman |

On December 18, 2019, the Court ordered the Special Master to provide a written report containing his recommended resolution of the parties' disputes regarding Respondents' privilege claims and any exceptions asserted by the Government with respect to such claims by January 31, 2020. In addition, the Court ordered the parties to file objections to or a motion to adopt or modify the Special Master's report by February 14, 2020. The Special Master submitted his report to the parties which was filed under seal with the Court on February 3, 2020.

The parties reviewed the Special Master's Report and submitted a Joint Stipulation to Adopt the Special Master's Report on February 14, 2020. On February 27, 2020, Respondent

produced to the Government, fully or in redacted form, as appropriate, any documents identified in the Special Master's Report as not privileged or only partially privileged.

The Court continued the discovery hearing date regarding the Special Master's Report to March 10, 2020 at 10:00 a.m.  The parties have conferred and respectfully request the Court to vacate the March 10, 2020 hearing date and adopt the Special Master's Report submitted to the Court under seal on February 3, 2020.

Respectfully submitted,

DATED: March 4, 2020                    SIDEMAN & BANCROFT LLP

By:     /s/ *Jay R. Weill*
Jay R. Weill
Steven M. Katz
Travis W. Thompson
Attorneys for FRANCIS BURGA;  FRANCIS BURGA AS THE  ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA

DATED: March 4, 2020                    RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:     /s/ *Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
Attorneys for the United States of America

DATED: March 4, 2020                    WOOD ROBBINS LLP

By:     /s/ *Denise Mejlszenkier*
Denise Mejlszenkier
Attorneys for Respondent RUSSELL MANSKY

**IT IS SO ORDERED**

Date: March 4, 2020

By:     [signature]
SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Joint Motion.

DATED: March 4, 2020              SIDEMAN & BANCROFT LLP


                                  By: _____/s/ *Jay R. Weill*_____