RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:      (202) 307-6422
Fax:                 (202) 307-0054
E-mail:    Amy.T.Matchison@usdoj.gov
                 Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY, <br><br> Respondents. | Case No. 5:18-cv-01633-BLF <br><br> **FIFTH STATUS REPORT** |

On May 16, 2019, the United States, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, having previously advised the Court that respondents had provided the Internal Revenue Service (IRS) with revised privilege logs and testimony under oath, pursuant to the Court's June 5, 2018 Order (Docket No. 19), further advised that both respondents had made efforts to obtain and produce additional summoned material.

Since that report, Ms. Burga has continued to make efforts to obtain summoned material. Previously, Ms. Burga represented that the majority of the allegedly outstanding summoned material is in the possession of Peter Meier, a citizen of Liechtenstein and that she had requested, in writing, through counsel, that Mr. Meier send her the summoned material that the IRS claims has not been provided, to the extent it exists. After receiving Ms. Burga's request through counsel, Mr. Meier stated

that he would have his staff copy and produce all the records in his possession in Liechtenstein that relate to the entities identified in the summonses, although he believed that he had already produced all the records he possessed previously.  The first such production of documents was made to the IRS in April 2019, and included the records for one entity.  Subsequently, in November 2019, Ms. Burga's counsel produced to the IRS the records for three additional entities received from Mr. Meier.  Mr. Meier has indicated to Ms. Burga's counsel that he will continue producing records although it may take many months and may be delayed by the current Covid-19 crisis.

      When these productions are complete, the United States will be able to evaluate whether respondents have complied with the summonses.  Ms. Burga maintains that she has no control over Mr. Meier's production of documents and contends that she has complied with the summonses and complied with the Court's Order enforcing the summonses but nevertheless will continue to produce to the IRS any documents provided by Mr. Meier.

      Separate from the production of additional summoned material, the parties' dispute over privilege issues has been resolved by the issuance and adoption of the Special Master's Report and the subsequent production by Ms. Burga of documents identified as not privileged or only partially privileged on February 27, 2020.  (Docket No. 27).

Dated this 6th day of April, 2020

    RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

Dated this 6th day of April, 2020

SIDEMAN & BANCROFT LLP

By:   */s/ Jay R. Weill*
    Jay R. Weill
    Steven M. Katz
    Emily J. Kingston
    Travis W. Thompson
    Attorneys for FRANCIS BURGA;
    FRANCIS BURGA AS THE
    ADMINISTRATOR OF THE ESTATE OF
    MARGELUS BURGA

Dated this 6th day of April 2020

WOOD ROBBINS, LLP

By:   */s/ Greg Wood*
    Greg Wood
    Attorneys for Respondent RUSSELL
    MANSKY

ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Greg Wood.

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
