# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCIS BURGA, et al.,<br><br>  Defendants. | Case No. 18-cv-01633-BLF<br><br>**ORDER REQUESTING JOINT STATUS REPORT RE STATUS OF CASE** |

On April 6, 2020, the Court received the parties' joint status report regarding the production of summoned material. *See* Report, ECF 54. Accordingly, the Court hereby REQUESTS a joint status report regarding the status of the case **on or before September 22, 2020**.

**IT IS SO ORDERED.**

Dated: September 8, 2020

_____
BETH LABSON FREEMAN
United States District Judge