RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:                 (202) 307-0054
E-mail:   Amy.T.Matchison@usdoj.gov
              Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cv-01633-BLF |
| Petitioner, | **SIXTH STATUS REPORT** |
| v. | |
| FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY, | |
| Respondents. | |

On May 16, 2019, the United States, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, having previously advised the Court that respondents had provided the Internal Revenue Service (IRS) with revised privilege logs and testimony under oath, pursuant to the Court's June 5, 2018 Order (Docket No. 19), further advised that both respondents had made efforts to obtain and produce additional summoned material.

Since the parties' last report on April 6, 2020 (Docket No. 54), Ms. Burga has continued to make efforts to obtain summoned material. As previously indicated, Ms. Burga has requested that Peter Meier send her the outstanding summoned material that is in his possession. So far, Ms. Burga has made three productions of documents from Mr. Meier, the most recent of which occurred on June 4, 2020. Mr.

SIXTH STATUS REPORT
Case No. 5:18-cv-01633-BLF         1

Meier has indicated to Ms. Burga's counsel that he will continue producing records although it may take many months and may be delayed by the current Covid-19 crisis.

When these productions are complete, the United States will be able to evaluate whether respondents have complied with the summonses.  Ms. Burga maintains that she has no control over Mr. Meier's production of documents and contends that she has complied with the summonses and complied with the Court's Order enforcing the summonses but nevertheless will continue to produce to the IRS any documents provided by Mr. Meier.

Dated this 22nd day of September, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

Dated this 22nd day of September, 2020

SIDEMAN & BANCROFT LLP

By:   */s/ Jay R. Weill*
Jay R. Weill
Steven M. Katz
Travis W. Thompson
Attorneys for FRANCIS BURGA;
FRANCIS BURGA AS THE
ADMINISTRATOR OF THE ESTATE OF
MARGELUS BURGA

Dated this 22nd day of September, 2020

WOOD LITIGATION

By:   */s/ Marissa Major*
Marissa Major
Attorney for Respondent RUSSELL MANSKY

SIXTH STATUS REPORT
Case No. 5:18-cv-01633-BLF                    2

ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Marissa Major.

                                        */s/ Amy Matchison*
                                        AMY MATCHISON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice