DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-6422
Fax:           (202) 307-0054
E-mail:  Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cv-01633-BLF |
| Petitioner, | **SEVENTH STATUS REPORT** |
| v. | |
| FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY, | |
| Respondents. | |

On May 16, 2019, the United States, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, having previously advised the Court that respondents had provided the Internal Revenue Service (IRS) with revised privilege logs and testimony under oath, pursuant to the Court's June 5, 2018 Order (Docket No. 19), further advised that both respondents had made efforts to obtain and produce additional summoned material.

Since the parties' last report on September 22, 2020 (Docket No. 56), Ms. Burga has continued to make efforts to obtain summoned material. As previously indicated, Ms. Burga has requested that Peter Meier send her the outstanding summoned material that is in his possession. So far, Ms. Burga has made six productions of documents from Mr. Meier, the two most recent of which occurred on March 4

1   and 15, 2021.  Mr. Meier has indicated to Ms. Burga's counsel that he will continue producing records

2   although the productions will continue to be delayed by the current COVID-19 crisis.

3        When these productions are complete, the United States will be able to evaluate whether

4   respondents have complied with the summonses.  Ms. Burga maintains that she has no control over Mr.

5   Meier's production of documents and contends that she has complied with the summonses and complied

6   with the Court's Order enforcing the summonses, but nevertheless will continue to produce to the IRS

7   any documents provided by Mr. Meier.

8        Dated this 17th day of March, 2021

9                                                DAVID A. HUBBERT
                                                 Acting Assistant Attorney General
10

11                                               */s/ Amy Matchison*
                                                 AMY MATCHISON (CA SBN 217022)
12                                               Trial Attorney, Tax Division
                                                 United States Department of Justice

13

14        Dated this 17th day of March, 2021

15                                               SIDEMAN & BANCROFT LLP

16                                               By:     */s/ Jay R. Weill*
                                                         Jay R. Weill
17                                                       Steven M. Katz
                                                         Travis W. Thompson
18                                                       Attorneys for FRANCIS BURGA;
                                                         FRANCIS BURGA AS THE
19                                                       ADMINISTRATOR OF THE ESTATE OF
                                                         MARGELUS BURGA
20

21        Dated this 17th day of March, 2021

22                                               WOOD LITIGATION

23                                               By:     */s/ Greg Wood*
                                                         Greg Wood
24                                                       Attorney for Respondent RUSSELL
                                                         MANSKY
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ECF CERTIFICATION</u>

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Greg Wood.

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice