# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCIS BURGA, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01633-BLF<br><br>**ORDER REQUESTING JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 21, 2021** |

On March 18, 2021, the Court received the parties' joint status report regarding the production of summoned material. *See* Report, ECF 58. Accordingly, the Court hereby REQUESTS a joint status report regarding the status of the case on or before September 21, 2021.

**IT IS SO ORDERED.**

Dated: March 18, 2021

_____
BETH LABSON FREEMAN
United States District Judge