DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-6422
Fax:          (202) 307-0054
E-mail:  Amy.T.Matchison@usdoj.gov
         Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:18-cv-01633-BLF |
| | ) | |
| Petitioner, | ) | **EIGHTH STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS BURGA; FRANCIS BURGA AS | ) | |
| THE ADMINISTRATOR OF THE ESTATE | ) | |
| OF MARGELUS BURGA; and | ) | |
| RUSSELL MANSKY, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

On May 16, 2019, the United States, respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, having previously advised the Court that respondents had provided the Internal Revenue Service (IRS) with revised privilege logs and testimony under oath, pursuant to the Court's June 5, 2018 Order (Docket No. 19), further advised that both respondents had made efforts to obtain and produce additional summoned material.

Since the parties' last report on March 17, 2021 (Docket No. 58), Ms. Burga has continued to make efforts to obtain summoned material. As previously indicated, Ms. Burga has requested that Peter Meier send her the outstanding summoned material that is in his possession. So far, Ms. Burga has made more than a dozen productions of documents from Mr. Meier, the most recent of which occurred

1    on July 29, 2021.  Mr. Meier has indicated to Ms. Burga's counsel that he will continue producing

2    records although the productions will continue to be delayed by the current COVID-19 crisis.

3    Despite these productions, the United States contends that much of the summoned information

4    remains outstanding and on August 25, 2021, the United States sent Ms. Burga's counsel a letter

5    specifically identifying the summoned information that the United States contends has not yet been

6    produced – some of which the United States believes should be in her possession and not Mr. Meier's.

7    The United States asked that Ms. Burga indicate in her response whether she believes she has already

8    produced the summoned information and if so, at what Bates number.  Or, if the summoned information

9    has not been produced, then whether the missing information exists, if it does exist where it is, what

10   efforts she has made to procure it, or if she believes it does not exist, why not.  Counsel for Ms. Burga is

11   currently working on a response to the United States' letter.

12   When this response is received, the United States will be able to evaluate whether respondents

13   have complied with the summonses.  Ms. Burga maintains that she has no control over Mr. Meier's

14   production of documents and continues to contend that she has complied with the summonses and

15   complied with the Court's Order enforcing the summonses, but nevertheless will continue to produce to

16   the IRS any documents provided by Mr. Meier.

17   Contemporaneous with this filing, the United States is also filing a Stipulated Dismissal of

18   Russell Mansky from this action.

19

20

21

22

23

24

25

26

27

28

Dated this 17th day of September, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

Dated this 17th day of September, 2021

SIDEMAN & BANCROFT LLP

By: */s/ Jay R. Weill*
Jay R. Weill
Steven M. Katz
Travis W. Thompson
Attorneys for FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA

Dated this 17th day of September, 2021

WOOD LITIGATION

By: */s/ Greg Wood*
Greg Wood
Attorney for Respondent RUSSELL MANSKY

1

<u>ECF CERTIFICATION</u>

2          Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of

3  this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Greg

4  Wood.

5

6                              <u>/s/ Amy Matchison</u>
                              AMY MATCHISON
7                              Trial Attorney, Tax Division
                              U.S. Department of Justice

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28