DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:           (202) 307-0054
E-mail:   Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANCIS BURGA; FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA; and RUSSELL MANSKY,<br><br>Respondents. | Case No. 5:18-cv-01633-BLF<br><br>**STIPULATED DISMISSAL OF RUSSELL MANSKY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner United States of America and Respondents Francis Burga (in her individual capacity and as the Administrator of the Estate of Margelus Burga) and Russell Mansky, by and through undersigned counsel, hereby jointly file this stipulation of dismissal of Russell Mansky. The United States and Mr. Mansky have resolved our dispute as a result of Mr. Mansky's submission to an interview and the receipt of information from other sources. No further relief being sought from the Court relating to Mr. Mansky, he is dismissed from this action.

Dated this 17th day of September, 2021

      DAVID A. HUBBERT
      Acting Assistant Attorney General

      */s/ Amy Matchison*
      AMY MATCHISON (CA SBN 217022)
      Trial Attorney, Tax Division
      United States Department of Justice

Dated this 17th day of September, 2021

      SIDEMAN & BANCROFT LLP

By:   */s/ Jay R. Weill*
       Jay R. Weill
       Steven M. Katz
       Travis W. Thompson
       Attorneys for FRANCIS BURGA;
       FRANCIS BURGA AS THE
       ADMINISTRATOR OF THE ESTATE OF
       MARGELUS BURGA

Dated this 17th day of September, 2021

      WOOD LITIGATION

By:   */s/ Greg Wood*
       Greg Wood
       Attorney for Respondent RUSSELL
       MANSKY

ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Jay R. Weill and Greg Wood.

/s/ Amy Matchison
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice