# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCIS BURGA,<br><br>  Defendant. | Case No. 18-cv-01633-BLF<br><br>**ORDER REQUESTING JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 16, 2022** |

The Court has received the parties' status report regarding the production of summoned material. *See* ECF No. 64. Accordingly, the Court REQUESTS a further joint status report **on or before September 16, 2022**.

**IT IS SO ORDERED.**

Dated: March 16, 2022

_____
BETH LABSON FREEMAN
United States District Judge