# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS BURGA,<br><br>Defendant. | Case No. 18-cv-01633-BLF<br><br>**ORDER REQUESTING JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 15, 2023** |

The Court has received the parties' status report regarding the production of summoned material. *See* ECF No. 68. Accordingly, the Court REQUESTS a further joint status report on or before September 15, 2023.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
BETH LABSON FREEMAN
United States District Judge