# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCIS BURGA,<br><br>　　　　Defendant. | Case No. 5:18-cv-01633-BLF<br><br>**ORDER DIRECTING STIPULATION OF DISMISSAL OR FURTHER STATUS REPORT ON OR BEFORE AUGUST 8, 2025** |

The Court has received the Parties' joint status report regarding their progress on settlement and the declaration from Francis Burga. ECF No. 85. The Court hereby ORDERS that the Parties shall file no later than August 8, 2025 either (1) a further status report regarding the status of settlement and/or of Burga's declaration, or (2) a joint stipulation for dismissal.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____
BETH LABSON FREEMAN
United States District Judge